# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:            [202] 502-2888
http://www.jpml.uscourts.gov

July 6, 2009

TO THE CLERKS OF THE FOLLOWING COURTS:

| | |
|---|---|
| DISTRICT OF ARIZONA | DISTRICT OF MASSACHUSETTS |
| DISTRICT OF COLUMBIA | DISTRICT OF MINNESOTA |
| SOUTHERN DISTRICT OF FLORIDA | WESTERN DISTRICT OF NORTH CAROLINA |
| DISTRICT OF IDAHO | EASTERN DISTRICT OF NEW YORK |
| NORTHERN DISTRICT OF ILLINOIS | EASTERN DISTRICT OF VIRGINIA |

Re: MDL No. 2044 -- IN RE: Vertrue Inc. Marketing and Sales Practices Litigation

(See Attached CTO-1)

Dear Clerks:

Attached as a PDF document is a copy of a conditional transfer order filed by the Panel in the above-captioned matter on June 17, 2009. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing. A certified copy of this order has also been transmitted via email today to the Northern District of Ohio.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges and clerks are attached to this letter.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Tarrell L. Littleton
Tarrell L. Littleton
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferor Judges: (See Attached List of Judges)

JPML Form 36B

IN RE: VERTRUE INC. MARKETING AND
SALES PRACTICES LITIGATION                                      MDL No. 2044

## INVOLVED COUNSEL LIST (CTO-1)

Roger M. Adelman
LAW OFFICES OF ROGER M ADELMAN
1100 Connecticut Avenue, N.W.
Suite 730
Washington, DC 20036

Gerald T. Anglin
TOMMASINO & TOMMASINO
Two Center Plaza, 8th Floor
Boston, MA 02108

Artie Baran
LAW OFFICES OF ARTIE BARAN APC
4545 Murphy Canyon Road, Suite 300
San Diego, CA 92123

David S. Clancy
SKADDEN ARPS SLATE MEAGHER &
FLOM LLP
One Beacon Street, 31st Floor
Boston, MA 02108

Mary Beth Clark
LEGAL AID SERVICE OF BROWARD
COUNTY
491 North State Road 7
Plantation, FL 33317

Deanna D. Dailey
SPRENGER & LANG
310 Fourth Avenue, South
Suite 600
Minneapolis, MN 55415

Michael J. Drahos
FOWLER WHITE BURNETT PA
901 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401

John Edward Drury
LAW OFFICES OF JOHN E DRURY PC
1900 L Street, NW, Suite 303
Washington, DC 20036

Allison L. Ehlert
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94108

Lori A. Fanning
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

Scott B. Fisher
JASPAN SCHLESINGER LLP
300 Garden City Plaza
5th Floor
Garden City, NY 11530

Andrew S. Friedman
BONNETT FAIRBOURN FRIEDMAN &
BALINT PC
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012-3311

David J. George
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432

Philip H. Gordon
GORDON LAW OFFICES
623 West Hayes Street
Boise, ID 83702-5512

**MDL No. 2044 - Involved Counsel List (CTO -1) (Continued)**

Alton Larue Gwaltney, III
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202

Darrel J. Hieber
SKADDEN ARPS SLATE MEAGHER
& FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144

Robert A. Horowitz
GREENBERG TRAURIG LLP
200 Park Avenue
New York, NY 10166

Joel Philip Hoxie
SNELL & WILMER LLP
One Arizona Center
Phoenix, AZ 85004-2202

Frank J. Janecek, Jr.
COUGHLIN STOIA GELLER RUDMAN
& ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Christopher E. Knight
FOWLER WHITE BURNETT PA
Espirito Santo Plaza
1395 Brickell Avenue, 14th Floor
Miami, FL 33131-3302

Jack Landskroner
LANDSKRONER GRIECO MADDEN LTD
1360 West 9th Street, Suite 200
Cleveland, OH 44113

Peter Daniel Luneau
SKADDEN ARPS SLATE MEAGHER
& FLOM LLP
4 Times Square
New York, NY 10036

Gerald E. Martin
BARRETT JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201

Katelyn Rae McKinney
HOLLAND & HART LLP
U.S. Bank Plaza
101 South Capitol Boulevard, Suite 1400
Boise, ID 83702

Robert S. Patterson
BRADLEY ARANT BOULT
CUMMINGS LLP
Roundabout Plaza
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203-0025

Mark E. Rakoczy
SKADDEN ARPS SLATE MEAGHER &
FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Robert M. Rothman
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747

Amy Roxanne Sabrin
SKADDEN ARPS SLATE MEAGHER
& FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005-2111

Andrew Joseph Schwaba
WALLACE & GRAHAM
525 North Main Street
Salisbury, NC 28144

Jerry W. Snider
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402-3901

IN RE: VERTRUE INC. MARKETING AND
SALES PRACTICES LITIGATION                                    MDL No. 2044

## INVOLVED JUDGES LIST (CTO-1)

~~Hon. Robert L. Echols~~
~~Senior U.S. District Judge~~
~~824 Estes Kefauver Federal~~
~~Bldg. & U.S. Courthouse~~
~~801 Broadway~~
~~Nashville, TN 37203-3816~~

Hon. Edward F. Harrington
Senior U.S. District Judge
6130 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. William T. Hart
Senior U.S. District Judge
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Edward J. Lodge
U.S. District Judge
James A. McClure Federal
   Building & U.S. Courthouse
550 West Fort Street
Boise, ID 83724-0101

Hon. Kenneth A. Marra
U.S. District Judge
Paul G. Rogers Federal Building &
   U.S. Courthouse
701 Clematis Street
West Palm Beach, FL 33401

Hon. Graham C. Mullen
Senior U.S. District Judge
230 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Hon. Arthur D. Spatt
Senior U.S. District Judge
United States District Court
P.O. Box 9014
Central Islip, NY 11722-9014

Hon. Emmet G. Sullivan
U.S. District Judge
4935 E. Barrett Prettyman U.S.
   Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2902

Hon. Anthony J. Trenga
U.S. District Judge
801 Albert V. Bryan
   United States Courthouse
401 Courthouse Square
Alexandria, VA 22314-5798

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Frank R. Zapata
U.S. District Judge
Evo A. DeConcini U.S. Courthouse
405 West Congress Street
Suite 5160
Tucson, AZ 85701

IN RE: VERTRUE INC. MARKETING AND
SALES PRACTICES LITIGATION                    MDL No. 2044

## INVOLVED CLERKS LIST (CTO-1)

Richard H. Weare, Clerk
1500 Evo A. DeConcini U.S.
Courthouse
405 West Congress Street
Tucson, AZ 85701-5010

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S.
Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Steven Larimore, Clerk
Paul G. Rogers Federal Bldg. & Courthouse
701 Clematis Street
2nd Floor
West Palm Beach, FL 33401

Cameron S. Burke, Clerk
Fed. Bldg. & U.S. Courthouse
MSC 039
550 West Fort Street
Boise, ID 83724

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
MNDdb_MDL Panel Orders

Frank G. Johns, Clerk
210 Charles R. Jonas Federal
Building
401 West Trade Street
Charlotte, NC 28202

Robert C. Heinemann, Clerk
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

~~Keith Throckmorton, Clerk~~
~~800 U.S. Courthouse~~
~~801 Broadway~~
~~Nashville, TN 37203-3816~~

Fernando Galindo, Clerk
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314-5798