UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 17, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VERTRUE INC. MARKETING AND
SALES PRACTICES LITIGATION

MDL No. 2044

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On June 8, 2009, the Panel transferred two civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d____ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable Patricia A. Gaughan.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Gaughan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of June 8, 2009, and, with the consent of that court, assigned to the Honorable Patricia A. Gaughan.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 06, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

IN RE: VERTRUE INC. MARKETING AND
SALES PRACTICES LITIGATION                                     MDL No. 2044

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**              **CASE CAPTION**

ARIZONA
  AZ    4   09-193                 Michael Limon, et al. v. Vertrue Inc., et al.

DISTRICT OF COLUMBIA
  DC    1   09-509                 Jammie McKay, et al. v. Vertrue Inc., et al.

FLORIDA SOUTHERN
  FLS   9   09-80570               Arline Rosenzweig, et al. v. Memberworks, Inc., et al.

IDAHO
  ID    1   09-148                 Patricia Gucker v. Vertrue Inc., et al.

ILLINOIS NORTHERN
  ILN   1   09-2947                Abby Malloy, et al. v. Memberworks, Inc., et al.

MASSACHUSETTS
  MA    1   09-10695               Rise M. Sheehan v. Memberworks, Inc., et al.

MINNESOTA
  MN    0   09-755                 Mary Beth Zorn, et al. v. Vertrue Inc., et al.

NORTH CAROLINA WESTERN
  NCW   3   09-174                 Bonnie Douthitt, et al. v. Memberworks, Inc., et al.

NEW YORK EASTERN
  NYE   2   09-2262                Joan Thornton, et al. v. Memberworks, Inc., et al.

TENNESSEE MIDDLE
  ~~TNM   3   06-204~~             ~~Margaret Wike v. Vertrue Inc., et al.~~  Opposed 7/2/09

VIRGINIA EASTERN
  VAE   1   09-516                 James Brammer, et al. v. Memberworks, Inc., et al.